IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| JAMES AYERS, DOYLE CAWTHON, JR, DEUAL STARR, AND DARRON GRAY, on behalf of themselves and all others similarly situated,<br><br>    *Plaintiffs,*<br><br>    v.<br><br>GKN DRIVELINE NORTH AMERICA, INC.,<br><br>    *Defendant.* | 1:23-CV-581-LCB-LPA |
| JOHN CARSON AND RANDALL STARK, on behalf of themselves and all others similarly situated,<br><br>    *Plaintiffs,*<br><br>    v.<br><br>GKN DRIVELINE NORTH AMERICA, INC.,<br><br>    *Defendant.* | 1:23-CV-583-LCB-LPA |
| TAMEKA FERGES AND DARRICK PAYLOR, on behalf of themselves and all others similarly situated,<br><br>    *Plaintiffs,*<br><br>    v.<br><br>GKN DRIVELINE NORTH AMERICA, INC.,<br><br>    *Defendant.* | 1:23-CV-585-LCB-LPA |

## PLAINTIFFS' MOTION REQUESTING FOR THE PARTIES TO PARTICIPATE IN A COURT-HOSTED SETTLEMENT CONFERENCE

NOW COME Plaintiffs, by and through their counsel, and pursuant to Rule 16 of the Federal Rules of Civil Procedure and Local Rule 101.2(a), hereby respectfully move this Court to authorize the convening of a Court-Hosted Settlement Conference with United States Magistrate Judge L. Patrick Auld. Specifically, in connection with the Parties' Joint Motion for Approval of Settlement in *Mebane v. GKN* CA No: 1:18cv00892LCB-LPA (Dkt. 229) and given the Parties' successful resolution of the *Mebane* matter, (with the assistance of the Honorable Magistrate Judge Auld), Plaintiffs propose the Parties engage Magistrate Judge Auld for another court-hosted settlement conference for the *instant* actions. *See id.*, at 4. Since briefing on Plaintiffs' motion for attorneys' fees and costs in *Mebane* will be completed by February 11, 2025, Plaintiffs contend that scheduling a court-hosted settlement conference sooner rather than later provides ample time for potential resolution of these matters which would eliminate the need for Plaintiffs to seek a Fourth Circuit appeal on the Court's decertification ruling in *Mebane* (Dkt. 198) and end the instant collective/class actions matters.

On January 22, 2025, Plaintiffs reached out to Defendant regarding this proposal to participate in a court-hosted settlement conference.[1] On January 23, 2025, Defendant responded and rejected Plaintiffs' proposal. *See id*. Despite Defendant's rejection, Plaintiffs still contend a court-hosted settlement conference would benefit the Parties in enabling them to carefully analyze their potential risks associated with the Parties' *pending*

---

[1] *See* Ex. 1, Emailed Communications between the Parties.

motions and weigh those risks against the possibility of success through the end of litigation and trial (for *each* matter). To the extent there is no resolution, it would certainly allow the Parties to have a better understanding of their positions prospectively. Thus, Plaintiffs request a Court-Hosted Settlement Conference and respectfully request that such Court-Hosted Settlement Conference take place before United States Magistrate Judge L. Patrick Auld, at a day mutually convenient for both the Parties and the Court.

Respectfully submitted, this January 24, 2025.

/s/ *Gilda A. Hernandez*
Gilda A. Hernandez (NCSB No. 36812)
Hannah B. Simmons (NCSB No. 59579)
Matthew Marlowe (NCSB No. 60035)
Briahna B. Koegel (NCSB No. 62491)
**THE LAW OFFICES OF GILDA A. HERNANDEZ, PLLC**
1020 Southhill Drive, Suite 130
Cary, NC 27513
Tel: (919) 741-8693
Fax: (919) 869-1853
ghernandez@gildahernandezlaw.com
hsimmons@gildahernandezlaw.com
mmarlowe@gildahernandezlaw.com
bkoegel@gildahernandezlaw.com

*Attorneys for Plaintiffs*

# CERTIFICATE OF SERVICE

I hereby certify that on January 24, 2025, I electronically filed the foregoing true and accurate copy of **PLAINTIFFS' MOTION REQUESTING FOR THE PARTIES TO PARTICIPATE IN A COURT-HOSTED SETTLEMENT CONFERENCE** with the Court using the CM/ECF system, and have thereby electronically served the document on the following:

Paul DeCamp (Special Admission)
**EPSTEIN BECKER & GREEN, P.C.**
1227 25th St., N.W., Suite 700
Washington, D.C. 20037
T: (202) 861-1819
F: (202) 296-2882
PDeCamp@ebglaw.com

Adriana S. Kosovych (Special Admission)
**EPSTEIN, BECKER & GREEN, P.C.**
875 Third Avenue
New York, NY 10022
Tel: (212) 351-4500
Fax: (212) 878-8600
AKosovych@ebglaw.com

Kevin S. Joyner
Vanessa N. Garrido
**OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.**
8529 Six Forks Road, Suite 600
Raleigh, North Carolina 27615
Phone: 919-787-9700
Facsimile: 919-783-9412
Kevin.joyner@ogletree.com
Vanessa.garrido@ogletree.com

*Attorneys for Defendant*

/s/ *Gilda A. Hernandez*
Gilda A. Hernandez (NCSB No. 36812)
Hannah B. Simmons (NCSB No. 59579)
Matthew Marlowe (NCSB No. 60035)
Briahna B. Koegel (NCSB No. 62491)

4

**THE LAW OFFICES OF GILDA A. HERNANDEZ, PLLC**
1020 Southhill Drive, Suite 130
Cary, NC 27513
Tel: (919) 741-8693
Fax: (919) 869-1853
ghernandez@gildahernandezlaw.com
hsimmons@gildahernandezlaw.com
mmarlowe@gildahernandezlaw.com
bkoegel@gildahernandezlaw.com

*Attorneys for Plaintiffs*