IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| JAMES AYERS, DOYLE CAWTHON, JR., DEUAL STARR, and DARRON GRAY, on behalf of themselves and all others similarly situated,<br><br>*Plaintiffs*,<br><br>v.<br><br>GKN DRIVELINE NORTH AMERICA, INC.,<br><br>*Defendant*. | CA No.: 1:23-cv-00581-CCE-LPA |
| JOHN CARSON and RANDALL STARK, on behalf of themselves and all others similarly situated,<br><br>*Plaintiffs*,<br><br>v.<br><br>GKN DRIVELINE NORTH AMERICA, INC.,<br><br>*Defendant*. | CA No.: 1:23-cv-00583-CCE-LPA |
| TAMEKA FERGES and DARRICK PAYLOR, on behalf of themselves and all others similarly situated,<br><br>*Plaintiffs*,<br><br>v.<br><br>GKN DRIVELINE NORTH AMERICA, INC.,<br><br>*Defendant*. | CA No.: 1:23-cv-00585-CCE-LPA |

**JOINT SUBMISSION**

Plaintiffs James Ayers, Doyle Cawthon, Jr., Deual Starr, and Darron Gray; John Carson and Randall Stark; Tameka Ferges and Darrick Paylor; and Defendant GKN Driveline North America, Inc. ("the Parties") hereby jointly submit this report to confirm for the Court that the proposed "Post 2020 Off-the-Clock Work" Subclass and FLSA collective were neither certified nor decertified in *Mebane v. GKN Driveline North America, Inc.*, 18-cv-892:

1. The Court conditionally certified a collective under § 16(b) of the Fair Labor Standards Act ("FLSA") and certified a Rule 23 class for violations of the North Carolina Wage and Hour Act ("NCWHA") resulting from Defendant's policy of rounding time ("Rounding Class") on November 5, 2020. *See Mebane*, ECF No. 82, at \*\*4 (conditionally certifying FLSA collective), 13 (declining Rule 23 certification of a class concerning deductions for the cost of uniforms), 15-16 (declining Rule 23 certification of a class concerning unpaid meal breaks), 17-18 (declining Rule 23 certification of a class concerning premium pay for second and third shifts), 22-24 (granting Rule 23 certification concerning a rounding policy).

2. On August 2, 2022, the Court granted in part the Plaintiffs' Motion to Amend (*Mebane*, ECF No. 148) with respect to claims that employees were not paid for work conducted during mealtimes due to an automatic deduction policy ("Automatic Deduction Class"). *See Mebane*, ECF No. 154, at \*14.

3. On May 12, 2023, the Court decertified the FLSA collective, the Rounding Class, and the Automatic Deduction Class. *See Mebane*, ECF No. 198, at \*\*11, 17-18.

Respectfully submitted October 10, 2025.

/s/ *Gilda Adriana Hernandez*
Gilda A. Hernandez (NCSB No. 36812)
Hannah B. Simmons (NCSB No. 59579)
Matthew Marlowe (NCSB No. 60035)
Briahna B. Koegel (NCSB No. 62491)
**THE LAW OFFICES OF GILDA A. HERNANDEZ, PLLC**
215 S. Academy St.
Cary, NC 27511
Tel: (919) 741-8693
Fax: (919) 869-1853
ghernandez@gildahernandezlaw.com
hsimmons@gildahernandezlaw.com
mmarlowe@gildahernandezlaw.com
bkoegel@gildahernandezlaw.com

*Attorneys for Plaintiffs*

*/s/ Paul DeCamp*
Paul DeCamp (Special Admission)
**EPSTEIN BECKER & GREEN, P.C.**
1227 25th St., N.W., Suite 700
Washington, D.C. 20037
T: (202) 861-1819
F: (202) 296-2882
PDeCamp@ebglaw.com

Adriana S. Kosovych (Special Admission)
**EPSTEIN, BECKER & GREEN, P.C.**
875 Third Avenue
New York, NY 10022
Tel: (212) 351-4500
Fax: (212) 878-8600
AKosovych@ebglaw.com

Kevin S. Joyner
Vanessa N. Garrido
**OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.**
8529 Six Forks Road, Suite 600
Raleigh, North Carolina 27615
Phone: 919-787-9700
Facsimile: 919-783-9412
Kevin.joyner@ogletree.com
Vanessa.garrido@ogletree.com

*Attorneys for Defendant*

## CERTIFICATE OF SERVICE

I hereby certify that on October 10, 2025 I electronically filed the foregoing true and correct copy of the **JOINT SUBMISSION** with the Court using the CM/ECF system, and have thereby electronically served the document to the following:

Gilda A. Hernandez (NCSB No. 36812)
Hannah B. Simmons (NCSB No. 59579)
Matthew Marlowe (NCSB No. 60035)
Briahna B. Koegel (NCSB No. 62491)
**THE LAW OFFICES OF GILDA A. HERNANDEZ, PLLC**
215 S. Academy St.
Cary, NC 27511
Tel: (919) 741-8693
Fax: (919) 869-1853
ghernandez@gildahernandezlaw.com
hsimmons@gildahernandezlaw.com
mmarlowe@gildahernandezlaw.com
bkoegel@gildahernandezlaw.com
*Attorneys for Plaintiffs*

/s/ Kevin S. Joyner
Kevin S. Joyner
Vanessa N. Garrido
**OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.**
8529 Six Forks Road, Suite 600
Raleigh, North Carolina 27615
Phone: 919-787-9700
Facsimile: 919-783-9412
Kevin.joyner@ogletree.com
Vanessa.garrido@ogletree.com

4

Case 1:23-cv-00585-CCE-LPA    Document 108    Filed 10/10/25    Page 4 of 4